## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcus Duarte, | No. CV-19-05259-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

Pending before the Court is the Report and Recommendation ("R&R") (Doc. 19) of United States Magistrate Judge Eileen S. Willett recommending Defendant MCSO Floor Officer 1 be dismissed without prejudice for Plaintiff's failure to timely substitute and prosecute pursuant to Fed. R. Civ. P. 41(b). Plaintiff does not oppose the dismissal (Doc. 18). Accordingly, the Court will dismiss Defendant MCSO Floor Officer 1 without prejudice.

**IT IS HEREBY ORDERED** that Magistrate Judge Eileen S. Willett's Report and Recommendation (Doc. 19) is **ACCEPTED** and Defendant MCSO Floor Officer 1 is **DISMISSED** without prejudice.

Dated this 3rd day of August, 2020.

_____
G. Murray Snow
Chief United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28